UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                     :      7:08-md-01903 (CLB) (MDF)

In re: PepsiCo, Inc., Bottled Water Sales and    :
Marketing Practices Litigation                       :      MDL No. 1903
                                                                  :
------------------------------------------------------------ X    ECF FILING
                                                                   :
This Document Relates to All Actions              :      STIPULATION
                                                                   :
------------------------------------------------------------ X

       IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiffs, on behalf of themselves and all others similarly situated, and PepsiCo, Inc., The Pepsi Bottling Group, Inc., and Pepsi Bottling Ventures LLC (collectively "the Defendants") that (a) Plaintiffs' time to serve any opposition to Defendants' Motion to Dismiss Pursuant to Fed. R.Civ. P. 12(b)(6) shall be extended to and include August 8, 2008; and (b) the Defendants' time to serve any reply affidavits and memoranda of law shall be extended to and include September 26, 2008.

AGREED and STIPULATED

July 25, 2008
New York, NY

*Attorneys for Defendants PepsiCo, Inc. and The Pepsi Bottling Group, Inc.*

By: _____
Louis M. Solomon (LS 7906)
Michael S. Lazaroff (ML 0149)
Jennifer L. Jones (JJ 5987)
Patrick J. Dempsey (PD 8372)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(212) 969-3000
lsolomon@proskauer.com

| | |
|---|---|
| AGREED and STIPULATED<br><br>___July 25___, 2008<br>Raleigh, NC | *Attorneys for Defendant Pepsi Bottling Ventures LLC*<br><br>By: _Donald Tucker /PJD_<br>Donald H. Tucker, Jr.*<br>James M. Parrot (JP 5297)<br>SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>2500 Wachovia Capitol Center<br>Raleigh, NC 27602<br>(919) 821-6681<br>dtucker@smithlaw.com<br>(*admitted *pro hac vice*) |
| AGREED and STIPULATED<br><br>___July 25___, 2008<br>New York, NY | *Lead Counsel for Plaintiffs*<br><br>By: _____<br>Seth R. Lesser (SR 5560)<br>Andrew P. Bell (AB 1309)<br>LOCKS LAW FIRM PLLC<br>110 East 55th Street<br>New York, New York 10022<br>(212) 838-3333 |
| AGREED and STIPULATED<br><br>___July 25___, 2008<br>White Plains, NY | *Liaison Counsel for Plaintiffs*<br><br>By: _Wm A Klafter /JTC_<br>Jeffrey A. Klafter (JK 0953)<br>KLAFTER & OLSEN LLP<br>1311 Mamaroneck Avenue, Suite 220<br>White Plains, NY 10605<br>(914) 997-5656 |
| SO ORDERED:<br>_____, 2008<br>White Plains, NY | _____<br>U.S.D.J. |